# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.116.39.8,<br><br>Defendant. | Case No.: 2:22-00158-TLN-CKD<br><br>**[PROPOSED]** ORDER |

THIS CAUSE came before the Court upon Plaintiff's status report (ECF No. 5) and application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint (ECF No. 6). Good cause appearing, IT IS ORDERED:

1. Plaintiff's application (ECF No. 6) is granted; Plaintiff shall have up to and including June 24, 2022 to effectuate service of a summons and Complaint on Defendant.

1

2. Plaintiff shall file a further status report no later than July 8, 2022.

Dated: April 26, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE